REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE #158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for JOHN T. KENDALL,
Trustee for Debtor QMECT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QMECT, INC. aka Electrochem,<br><br>Appellant,<br><br>v.<br><br>BURLINGAME CAPITAL PARTNERS II, L.P., and ELECTROCHEM FUNDING, LLC,<br><br>Respondent.. | Case No. 06-5401 WHA<br><br>ORDER VACATING BRIEFING SCHEDULE AND ADOPTING NEW BRIEFING SCHEDULE |
| BURLINGAME CAPITAL PARTNERS II, L.P., and ELECTROCHEM FUNDING, LLC,<br><br>Appellant,<br><br>v.<br><br>QMECT, INC. aka Electorochem,<br><br>Respondent. | Related Cross-Appeal<br>No. 06-5402 WHA |

**STIPULATION TO REVISE BRIEFING SCHEDULE
AS A RESULT OF CONVERSION OF BANKRUPTCY CASE**

WHEREAS John T. Kendall was recently appointed as Chapter 7 trustee of the bankruptcy estate of QMECT, Inc., Case No. 04-41044, pending in the U.S. Bankruptcy Court, Northern District of California, Oakland Division ("Bankruptcy Case"), concurrent with the conversion of the Bankruptcy Case to Chapter 7 from Chapter 11 pursuant to an Order entered in the Bankruptcy Case on or about October 6, 2006; and

WHEREAS the parties to this appeal and related cross-appeal have agreed to postpone the briefing schedule for a short period in order to provide the Trustee and his counsel time in which to familiarize themselves with the instant matter; now therefore,

IT IS HEREBY STIPULATED by and between parties (i) John T. Kendall, Trustee (the "Trustee"); and (ii) Burlingame Capital Partners II, L.P., and Electrochem Funding, LLC, (collectively the "Lenders"), subject to this Court's approval, that the briefing scheduled is revised as follows:

1. The dates set in the Notice of Briefing issued herein on October 19, 2006 (docket No. 10) are vacated;

2. The Trustee's opening brief is due December 15, 2006;

3. The Lenders' Opposing Brief and Opening Brief on Cross-Appeal is due on January 19, 2007;

4. The Trustee's Reply Brief and Opposition on Cross-Appeal is due on February 2, 2007; and

5. The Lenders' Reply Brief on Cross-Appeal is due on February 16, 2007.

DATED: November 13, 2006.

STROMSHEIM & ASSOCIATES


_____/s/ Joanne LaFreniere_____
JOANNE LAFRENIERE
Attorneys for JOHN T. KENDALL,
Chapter 7 Trustee for the Estate of QMECT, INC.
Bankruptcy Case No. 04-41044

DATED: November 13, 2006.

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS, LLP


_____/s/   William W. Huckins_____
WILLIAM W. HUCKINS
Attorneys for Lenders

### **ORDER**

Pursuant to the parties' stipulation, the Notice of Briefing issued October 19, 2006 is vacated, and the briefing schedule is set as set forth above.

DATED: __November 15, 2006_____     _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*