United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QMECT, INC.,                                             No. C 06-05401 WHA

        Appellant,

   v.                                                  **ORDER DENYING PARTIES'
                                                        STIPULATION TO REVISE
BURLINGAME CAPITAL PARTNERS II,                         BRIEFING SCHEDULE**
L.P., and ELECTROCHEM FUNDING, LLC,

        Respondents.

_____/

      Good cause not shown, the parties' stipulation to revise the briefing schedule is **DENIED.**

      **IT IS SO ORDERED.**

Dated:  December 13, 2006                    _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE