REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE #158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:     (415) 989-4100
Fax:               (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for JOHN T. KENDALL,
Trustee for Debtor QMECT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QMECT, INC. aka Electrochem, <br><br> Appellant, <br><br>      v. <br><br> BURLINGAME CAPITAL PARTNERS II, L.P., and ELECTROCHEM FUNDING, LLC, <br><br> Respondent.. | Case No. 06-5401 WHA |
| BURLINGAME CAPITAL PARTNERS II, L.P., and ELECTROCHEM FUNDING, LLC, <br><br> Appellant, <br><br>      v. <br><br> QMECT, INC. aka Electrochem, <br><br> Respondent. | Related Cross-Appeal No. 06-5402 WHA <br><br> **ORDER CLARIFYING BRIEFING SCHEDULE** |

### ORDER CLARIFYING BRIEFING SCHEDULE

The Court having considered the ex parte motion for clarification of the briefing schedule order submitted by John T. Kendall, Trustee of the Chapter 7 trustee of the bankruptcy estate of QMECT, Inc., Case No. 04-41044, pending in the U.S. Bankruptcy Court, Northern District of California, Oakland Division ("Bankruptcy Case"), and good cause appearing therefor

IT IS HEREBY ORDERED that the dates set in the "Order Granting Extension of Briefing Schedule" entered herein on January 22, 2007 (docket No. 22); are hereby clarified and restated as follows:

1.     The Trustee's Opening Brief is due fifteen (15) calender days after entry of an Order of the Bankruptcy Court ruling on the application to approve compromise, or entry of an Order of the Bankruptcy Court ruling on the trustee election dispute, whichever occurs later;

2.     The Lenders' Opposing Brief and Opening Brief on Cross-Appeal is due thirty-three (33) calender days after the Trustee's Opening Brief;

3.     The Trustee's Reply Brief and Opposition on Cross-Appeal is due fourteen (14) calender days after the Lenders' Opposing Brief and Opening Brief on Cross-Appeal ; and

4.     The Lenders' Reply Brief on Cross-Appeal is due fourteen (14) calender days after the Trustee's Reply Brief and Opposition on Cross-Appeal;

IT IS FURTHER ORDERED, that Appellant shall notify this Court upon the entry of the orders of the Bankruptcy Court ruling on the application to approve the compromise or on the disputed trustee election, within one (1) business day of the entry of the last of the two orders to be entered.

DATED: January 25, 2007

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup