IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QMECT, INC.,

        Appellant,

v.

BURLINGAME CAPITAL PARTNERS II, L.P.,
and ELECTROCHEM FUNDING, LLC,

        Appellees.

_____/

BURLINGAME CAPITAL PARTNERS II, L.P.,
and ELECTROCHEM FUNDING, LLC,

        Cross-Appellants,

v.

QMECT, INC.,

        Cross-Appellee.

_____/

No. C 06-05401 WHA

**JUDGMENT**

For the reasons stated in the accompanying order affirming the decisions of the bankruptcy court on appeal and cross appeal, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Burlingame Capital Partners II, L.P., and Electrochem Funding, LLC, and against Qmect, Inc., on appeal, and in favor of Qmect, Inc. and against Burlingame Capital Partners II, L.P., and Electrochem Funding, LLC, on cross-appeal. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 15, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California